1  **DANIEL R. BARADAT, #068651**
   **BARADAT & EDWARDS**
2  **ATTORNEYS AT LAW**
   **6592 North First Street**
3  **Fresno, California  93710**

4  **Telephone:    (559) 431-5366**
   **Facsimile:    (559) 431-1702**
5

6  **Attorneys for Plaintiffs:**
   **IVA BRASIL; MICHAEL BRASIL;**
7  **KIMBERLY BRASIL; and AMANDA**
   **BRASIL, a minor by and through her**
8  **Guardian ad Litem, IVA BRASIL**

**FILED**

FEB 1 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12 IVA BRASIL; MICHAEL BRASIL;           )  **CASE NO.  1:05-cv-00973-SMS**
   KIMBERLY BRASIL; and AMANDA           )
13 BRASIL, a minor by and through her    )
   Guardian ad Litem, IVA BRASIL,        )  **ORDER ON PETITION FOR COMPROMISE**
14                                        )  **OF DISPUTED CLAIM REGARDING THE**
                        Plaintiffs,       )  **MINOR PLAINTIFF AMANDA BRASIL**
15                                        )
              v.                          )  *(Complaint Filed:  April 14, 2005)*
16                                        )
   ESTATE OF MANUEL SILVA;               )
17 BORGES & SILVA DAIRY; and             )  **DATE:**
   Does 1 to 10, Inclusive,              )  **TIME:**  *none.*
18                                        )  **DEPT.:**
                        Defendants.       )
19                                        )
20 _____    )
                                          )
21 ESTATE OF MANUEL SILVA and            )
   BORGES & SILVA DAIRY,                 )
22                                        )
                  Cross-Complainants,     )
23                                        )
              v.                          )
24                                        )
   AMTRAK, BURLINGTON-NORTHERN           )
25 SANTE FE RAILROAD, and Does 1 to 10,  )
                                          )
26                Cross-Defendants.       )
27                                        )
                                          )
28 _____    )

BRASIL v. EST. OF MANUEL SILVA, et al.                    U.S. DISTRICT COURT EASTERN DISTRICT
DEMAND FOR JURY TRIAL                                     CASE NO.: 1:05-cv-00973-AWI-SMS

                                    1

1    This matter came on for hearing and in considering the papers filed in support of the Petition and

2    evidence presented at the hearing:

3    **IT IS HEREBY ORDERED:**

4    1.    That the Guardian ad Litem, Iva Brasil, be and is hereby authorized to enter into a

5    compromise of the minor Amanda Brasil's cause of action upon the following terms.

6    2.    The Court approves the Compromise in the amounts set forth in paragraph 4 of the

7    Petition.

8    3.    That Plaintiff's attorneys Baradat & Edwards, receive reimbursement of the litigation costs

9    expended in the prosecution of this matter, the sum of $654.56 and be paid attorney's fees of $33,000.00

10   for representation of the minor.

11   4.    That Baradat & Edwards shall also receive the total costs and attorney's fees for the

12   representation of the Brasil Family as set forth in Paragraph 5 of the Petition.

13   5.    California Insurance Group shall make payable to Hartford CEBSCO a check or draft in

14   the amount of $100,000.00, to be used to fund a structured annuity for Amanda Brasil.  The structured

15   annuity shall be purchased through Hartford Life Insurance Company, at "A+ Superior" rated life insurer.

16   The future payments shall be as described in "EXHIBIT A" attached hereto.

17   California Insurance Group will make a "qualified assignment", within the meaning of

18   Section 130(c ) of the Internal Revenue Code of 1986, as amended, of the payors' liability to make the

19   future payments described in "EXHIBIT A" to Hartford CEBSCO.  Hartford CEBSCO's obligation for

20   payment of the future payments described in "EXHIBIT A" shall be no greater than that of California

21   Insurance Group prior to the assignment.

22   In the event of the death of Amanda Brasil prior to the payment of any or all of the

23   payments described in "EXHIBIT A", payments shall be made to the Estate of Amanda Brasil as the

24   primary beneficiary hereunder.

25   6.    That Petitioner Iva Brasil be allowed to sign a release in favor of said minor for the total

26   present value of $133,000.00 with attorney's fees and costs to be paid to Baradat & Edwards in

27   accordance with the Petition.

28   / / / /

BRASIL v. EST. OF MANUEL SILVA, et al.
DEMAND FOR JURY TRIAL

U.S. DISTRICT COURT EASTERN DISTRICT
CASE NO.:  1:05-cv-00973-AWI-SMS

1       7.       It is further ordered that upon completion of the payment of all of the above amounts, or

2   with respect to only the future periodic payments listed above, the completion of the Qualified

3   Assignment as described herein, Defendant shall be discharged from any claim that Plaintiff and/or her

4   Guardians had or might have against them by reason of the incidents alleged in the Complaint herein.

5       8. All payments due to all plaintiffs to be paid on or before
march 13, 2006, absent a showing of good cause

6   DATED: _Feb 13, 2006_    _____

7              THE HONORABLE LAWRENCE J. O'NEILL

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRASIL v. EST. OF MANUEL SILVA, et al.          U.S. DISTRICT COURT EASTERN DISTRICT
DEMAND FOR JURY TRIAL          CASE NO.: 1:05-cv-00973-AWI-SMS

3

**Exhibit "A"**

Amanda Brasil shall receive lump sum payments as follows:

| Date Due | Amount Due |
|----------|-----------|
| August 30, 2008 | $ 15,000.00 |
| August 30, 2009 | 15,000.00 |
| August 30, 2010 | 15,000.00 |
| August 30, 2011 | 15,000.00 |
| August 30, 2012 | 15,000.00 |
| August 30, 2015 | 55,716.46 |

Exhibit A