1  James W. Peel, No. 123403
   BROWN & PEEL LLP
2  3585 West Beechwood, Suite 101
   Fresno, California  93711
3  Telephone: (559) 431-1300
   Facsimile : (559) 431-1442
4
   Attorneys for:  Defendants, Estate of Manuel Borges and Borges & Silva Dairy
5

6

7

8
                      UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| IVA BRASIL, MICHAEL BRASIL, KIMBERLY BRASIL; and AMANDA BRASIL, a minor, by and through her Guardian ad Litem, IVA BRASIL, | Case No. 1:05-CV-00973-AWI-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL PURSUANT TO F.R. CIV. P. 41 (a)(1);** |
| v. | |
| ESTATE OF MANUEL SILVA, BORGES & SILVA DAIRY; and DOES 1 to 10, | **ORDER** |
| Defendants. | |
| ESTATE OF MANUEL SILVA, BORGES & SILVA DAIRY, | |
| Cross-Complainants, | |
| v. | |
| AMTRAK , BURLINGTON-NORTHERN SANTA FE RAILROAD, and DOES 1 to 10, inclusive, | *[Complaint Filed:   April 14, 2005]*<br>Trial Date:         N/A |
| Cross-Defendants. | |
| NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY, | |
| Cross-Complainants, | |

STIPULATION FOR DISMISSAL PURSUANT TO F.R. CIV. P. 41 (a)(1)

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| v. | ) |
| | ) |
| ESTATE OF MANUEL SILVA and | ) |
| BORGES & SILVA DAIRY, and | ) |
| ROES 1 through 10, inclusive, | ) |
| | ) |
| Cross-Defendants. | ) |
| _____ | ) |
| | ) |

## STIPULATION

IT IS STIPULATED by and between the parties hereto, that this action, including all Cross-Complaints, be dismissed, with prejudice, as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of the settlement of this action.

IT IS FURTHER STIPULATED by and between the parties hereto, that this Stipulation may be signed in counter-part.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**BROWN & PEEL LLP**
**3585 West Beechwood**
**Suite 101**
**Fresno, CA 93711**

**STIPULATION FOR DISMISSAL PURSUANT TO F.R. CIV. P. 41 (a)(1)**

2

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2

3  BARADAT & EDWARDS

4  /s/ Daniel R. Baradat                        Dated: 3/10            , 2006
   Daniel R. Baradat, Esq.,
5  Attorneys for Plaintiffs

6

7  LOMBARDI, LOPER & CONANT, LLP

8

9  /s/ B. Clyde Hutchinson                      Dated: 3/14            , 2006
   By: B. Clyde Hutchinson
10 Attorneys for Cross-Defendants/Cross-Complainants,
   National Railroad Passenger Corp.

11

12 LOMBARDI, LOPER & CONANT, LLP

13

14 /s/ B. Clyde Hutchinson                      Dated: 3/14            , 2006
   By: B. Clyde Hutchinson
15 Attorneys for Cross-Defendants/Cross-Complainants,
   Burlington Northern Santa Fe Railway Company

16

17 THE DOLAN LAW FIRM

18

19 /s/ Christopher B. Dolan                     Dated: 4/12            , 2006
   By: Christopher B. Dolan,
20 Attorneys for Cross-Complainant, Lovell Hale

21

22 BROWN & PEEL LLP

23 /s/ James W. Peel                            Dated: 4/14            , 2006
   James W. Peel, Attorneys for
24 Defendants/Cross-Complainants
   Estate of Manuel Borges and Borges & Silva Dairy
25

26

27

28

BROWN & PEEL LLP        STIPULATION FOR DISMISSAL PURSUANT TO F.R. CIV. P. 41 (a)(1)        3
3585 West Beechwood
Suite 101
Fresno, CA 93711

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY ORDERED that this action, be dismissed, with prejudice, as to all parties.

2  DATED: 4/20/2006

3

4  　　　　　　　　　　　　　　　　　　　　　　/s/ Sandra M. Snyder
   　　　　　　　　　　　　　　　　　　　　　SANDRA M. SNYDER
5  　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

6

7  N:\DATA\Brao\Pleadings\StipDismissal.wpd

**BROWN & PEEL LLP**　　**STIPULATION FOR DISMISSAL PURSUANT TO F.R. CIV. P. 41 (a)(1)**
3585 West Beechwood
Suite 101
Fresno, CA 93711

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BROWN & PEEL LLP**
3585 West Beechwood
Suite 101
Fresno, CA 93711

**STIPULATION FOR DISMISSAL PURSUANT TO F.R. CIV. P. 41 (a)(1)** 5

PDF created with pdfFactory trial version www.pdffactory.com